47809. HOLCOMB v. THE STATE.

QUILLIAN, Judge. Defendant, James R. Holcomb, was indicted along with Robert Dickey and Ron Lathrop for the offense of armed robbery in that they took $365 from Ethel Chappell, she being a cashier at the Marriott Motor Hotel, on April 1, 1972. The jury found the defendant guilty and sentenced him to 5 years

---

imprisonment. Thereafter a motion for new trial and amended motion were filed and overruled, and defendant appeals from the overruling of the motions. *Held:*

1. The defendant's conviction of robbery by intimidation was authorized where there was evidence showing the use of an offensive weapon in the commission of the crime. *Holcomb v. State,* 230 Ga. 525 (answer to our certified question).

2. The defendant contends that a charge on alibi was error. *Trimble v. State,* 229 Ga. 399 (191 SE2d 857) (see also *Young v. State,* 225 Ga. 255, 258 (167 SE2d 586); *Thornton v. State,* 226 Ga. 837 (3) (178 SE2d 193)) is controlling and under authority of the Constitution of Georgia, Art. VI, Sec. II, Par. VIII (Code Ann. § 2-3708), we are bound by that decision. This ground is without merit.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

ARGUED JANUARY 3, 1973 — DECIDED JUNE 14, 1973.

*Glenn Zell,* for appellant.

*Lewis R. Slaton,* District Attorney, *Carter Goode, Jack Mallard, Joel M. Feldman,* for appellee.